O'DONNELL, Appellant, v. FLOYD, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by James O'Donnell, general guardian, etc., against Elizabeth M. Floyd.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in admitting evidence of Dr. John G. Glenn as to information which he acquired while the relation of physician and patient existed between him and the decedent, and which information was necessary to enable him to act in his professional capacity.

OELERICH, Appellant, v. OELERICH, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Catherine Oelerich against John W. Oelerich. No opinion. Order reversed, in so far as it strikes out the fourth paragraph of the complaint, and, as so modified, affirmed, without costs.

OLIVER et al., Appellants, v. MASON et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Elmer Oliver and Minnie P. Oliver, as administrators, etc., against William Mason and another. No opinion. Order unanimously affirmed, with costs.

OLIVIERE, Respondent, v. NICOTERA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by Girolamo Oliviere against Joseph Nicotera. No opinion. Judgment and order affirmed, with costs.

OLSZEWSKA, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Veronica Olszewska against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

OPPENHEIM, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by Harry Oppenheim against the Crosstown Street Railway Company of Buffalo.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

SPRING, J., not sitting.

OPPENHEIMER, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Newton S. Oppenheimer, an infant, etc.,

against the Crosstown Street Railway Company of Buffalo. No opinion. Order affirmed, with costs.

O'REILLY, Respondent, v. GALLAGHER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Kathryn O'Reilly, doing business, etc., against Patrick Gallagher, impleaded with others. A. T. Kiernan, for appellant. J. H. Judge, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1138.

OTT, Appellant, v. McCORMICK, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by David H. Ott against John McCormick. No opinion. Judgment of the Municipal Court affirmed, with costs.

PACKARD, Appellant, v. PACKARD, Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Joseph E. Packard against Jane Guild Packard. No opinion. Motion denied, with $10 costs. See, also, 121 N. Y. Supp. 1141.

PALIN, Respondent, v. CARY BRICK CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Rosanna Palin, as administratrix, etc., of Adelard Palin, deceased, against the Cary Brick Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates within 30 days to reduce the verdict to the sum of $5,000, in which case the judgment, as so modified, and the order, affirmed, without costs. See, also, 133 App. Div. 483, 117 N. Y. Supp. 1072.

COCHRANE, J., not voting.

PALMER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by Ida M. Palmer, as administratrix, etc., against the International Paper Company. No opinion. Judgment and order affirmed, with costs.

PAPA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Anna Papa, as administratrix, etc., of Philip Papa, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 30 days, to reduce the amount of the verdict to the sum of $5,000, in which case judgment, as so modified, and order, unanimously affirmed, without costs.

PARDEE, Respondent, v. MURPHY et al., Appellants. (Supreme Court, Appellate Divi-